

NOV 15 2016

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

CV 16 - 6332

GREGORY BYNUM

DIN. IN. 14-A-2098

Plaintiff,

[Insert full name of plaintiff/prisoner]

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND

YES /     NO _____

-against-

ONE JANE DOE & SIX JOHN DOE NEW YORK

CITY POLICE OFFICERS IN THEIR

INDIVIDUAL AND OFFICIAL CAPACITIES;

JOHN DOE SUPERVISORY SERGEANT WHO

AUTHORIZED THE REPORT BY BECOMING

A SIGNATORY THEREOF; IN HIS INDIVIDUAL

ETC.
Defendant(s).

[Insert full name(s) of defendant(s). If you need additional
space, please write "see attached" and insert a separate
page with the full names of the additional defendants. The
names listed above must be identical to those listed in Part I]

**MATSUMOTO, J.**

**TISCIONE, M.J.**

RECEIVED

NOV 30 2016

PRO SE OFFICE

I.   **Parties:** (In item A below, place your name in the first blank and provide your present
address and telephone number. Do the same for additional plaintiffs, if any.)

A.  **Name of plaintiff** Gregory Bynum

If you are incarcerated, provide the name of the facility and address:

Sing Sing Correctional Facility, 354 Hunter Street,

Ossining, New York 10562

Prisoner ID Number: 14-A-2098

1

If you are not incarcerated, provide your current address:

Sing Sing Correctional Facility

354 Hunter Street

~~Ossining, New York 10562~~

Telephone Number:

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Jane Doe 1, arresting officer
Full Name

JOhn Doe 2, arresting officer
Job Title

New York City Police Department

Brooklyn, New York?
Address

Defendant No. 2

John Doe 2, arresting officer
Full Name

Same-John Doe 3
Job Title

New York City Police Department

Brooklyn, New York?
Address

Defendant No. 3

John Doe 4-6, arresting officers
Full Name

New York City Police Department
Job Title

New York City Police Department

2

Brooklyn, New York ?
_____
Address

**Defendant No. 4**

Supervisory sergeant who authorized
_____
Full Name

John Doe #7
_____
Job Title
New York City Police Sergeant
_____

Chauncey area of the Bedford
_____
Address

Stuyvesant section of Brooklyn

**Defendant No. 5**

D.A.'s Office that prosecuted the
_____
Full Name

case   under unconstitutionally motivated *involvement*
_____
Job Title

A.D.A. responsible for prosecution
_____

sounding in retaliatory, vindictive
_____
Address

prosecution[s], in individual and of process

**II.   Statement of Claim:**   official capacities; also for abuse

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? On the corner of Lewis and

Chauncey street (Lewis Avenue & Chauncey Street) situated

in the borough of Brooklyn, located in the city and state

of New York.

When did the events happen? (include approximate time and date) Not completely

sure, but it had to be around 11:00-1200 at night on a well

lit street, upon information and belief.

3

insofar as violating the due process clauses of the constitution, in exceeding the statutory time limitation imposed upon the People to litigate their case, sounding in a failure to prosecute , and obstructing my access to the court-cruel and unusual punish ment. **Relief:** State what relief you are seeking if you prevail on your complaint.

For each violation and cause of action actuated, plaintiff seeks a total of $15,000,000.01 dollars in compensatory, consequential,

nominal, and punitive damages, to be divided evenly among the indemnification and municipal liability, derivative as well as directly, from the City of New York, jointly and severally

for/from each defendant and municipal agency. Thus, trial request ed. And what ever other relief this court might deem appropriate.

I declare under penalty of perjury that on **11/23/2016**____, I delivered this
(date)
complaint to prison authorities at **Sing Sing Corr. Fac.**____ to be mailed to the United
(name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: **11/23/2016**____

_____
Signature of Plaintiff

**Sing Sing Correctional Facility**
Name of Prison Facility or Address if not incarcerated

**354 Hunter Street, Ossining, New York**

**10562**

_____
Address

**14-A-2098**

_____
Prisoner ID#

rev. 12/1/2015

5

Facts: (what happened?) ~~Me and a friend was walking and talking, after~~ haven gone to the store for my niece approximately one block down from where we were accosted by the police officers on the

night in question; and they rolled up on us like S.W.A.T. on a mission. The leading, male office, accompanied by the female

officer, ~~pressed up on us kind of hard as they jumped out their~~ car, with the other (two) cars coming to a screeching hault behind us, as four other male officers immediately emerged out of the

other two car and blocked off the street behind us. ~~The officers~~ whose car stopped infront of us, approached immediately and rapidly, and demanded that I, in particular, give him the beer-

can, to which I'd replied, that there was no beer can, to which he said, I saw the beer-can, now where is it? Again, there is

no beer-can. He then proceeded to search my person rather obtrus- ively; and what could have been a consentual encounter turned ~~into a Terry-stop.~~
Turned into a selective prosecution, ~~a vindictive prosecution,~~ a retaliatory and malicious prosecution; not to mention an abuse -of-legal-process; fraud, perjury, corruption and fabrication

of evidence, and slanderous-libel.      And finally, a speedy-trial violation.

II.A.   Injuries.      If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?          First, fourth, Fifth, Sixth, Seventh, Eighth &

Fourteenth Amendment violation[s].
In trying to chill my speech by implying that I was lying, violat-

ed the First Amendment right to freedom of speech and ~~expression;~~ the illegal search and seizure, sounding in false arrest and ~~imprisonment,~~ and restraint from freedom of movement, violated the Fourth Amendment; ~~the arresting officer's~~ refusal to make an appearance at court in order that I might litigate my case, violated the Fifth, Sixth, Seventh Eighth, and Fourteenth Amends.

IN THE UNITED STATES
DISTRICT COURT FOR THE EASTERN DISTRICT

_____

GREGORY BYNUM
Case Number: 2013KN034825


May 07, 2013
Initial Report Of Docket Number


May 07, 2013                              COMPLAINT
Arraigned                                 Civil Action No.--
                                          §§ 1983-1985, etc.

    --General Violation Of Local Law
    DOC      Violation NCIC 7399          Jury Trial Demanded

May 07, 2013
        Adjourned In Contemplation Of Dismissal CPL170.55


November 06, 2013
        Dismissal After Adjournment In Contemplation Of Dismissal
CPL170.55


    --General Violation Of Local Law
       LOC       Violation   NCIC  7399


November 07, 2013
Sealed Upon Termination of Criminal Action In Favor Of THE
Accused CPL160.50


Presumably, actual date of arrest, one or two days before
arraignment.


                              v.


Six unknown NYPD police officers: five John Does, on Jane Doe.
in their individual and official capacities; all supervisory
personell as signatories to authorized complaint.

IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT

---

GREGORY BYNUM
Case Number: 2013KN034825
. . . . . . . . . . . . . . . . . . . . . . .

                   Plaintiff,

                              v.

COMPLAINT
Civil Action No.--
§§ 1983-1985 etc
Jury Trial Demanded

Prosecuting Authority; in their
individual and official capacities;
Municipal Agency of the NYPD in its
The Municipal agency of the D.A.'s
Office; in its official capacity;
The Municipal Agency of the City of
New York for Municipal Liability
for illegal policy enforcement, and
for indemnification for each and every
Municipal Officer in his/her official
capacity; Jointly and Severally.
The Supervisory Sergeant as signatory
to the libelous complaint; in his
individual and official capacity;
The Deputy Chief of Police, the Chief
of Police, and the Civil Service Commission;
Jointly and Severally, in their
individual and official capacities.

-----------------------------------------

                            Defendants.

---

(1).

1.   On or about May 5, 2013, plaintiff was accosted by three
NYPD police cars containing no less than six NYPD officers who
jumped out of their cars and rapidly approached me for allegedly
having a beer-can in my possession.

2.   The alleged beer-can was never discovered, and yet plaintiff
was held, freedom of movement restricted for approximately a
half an hour, and dragged into court for approximately seven
months, to absolutely no avail.

3.   The leading arresting officer was a no show for the entire
seven months until the final dismissal of the charges against
the plaintiff.

4.   He came in after the time for a speedy trial violation
had expired, sat infront of the judge, and conceded to an inabil-
ity to justify his actions, and those of his associates who
stood by and did absolutely nothing to stop him, in clear violat-
ion of section 1985.

(1).

## STATEMENT OF FACTS CONTINUED.

5. The judge asked, he told, and she than questioned me, and without reservation or indecision, immediately dismissed the charges.

6. And that was the sum and substance of what transpired on the day of dismissal.

7. Finally, the officer in question, simply walked away as if nothing ever happened. He turned what could have been a consentual encounter into a Terry-Stop; and to aggravate matters even worse, when he did'nt find the evidence he was looking for, he wrote me up anyway-none of which he was able to explain to the judge on the day of justification.

8. End of report in all of its simplicity!!!

(2).

## SIGNATURE PAGE OF THE COMPLAINT.

GREGORY BYNUM, DIN NO. 14-A-2098

SIGNATURE

<u>COMPLAINT CONTINUED.</u>

<u>GRAND FINALE***</u>

<u>DAMAGES</u>

<u>COMPENSATORY/CONSEQUENTIAL/NONPECUNIARY</u>
<u>EXTRAORDINARY/SUBSTANTIAL/PUNITIVE, ETC.</u>

<u>1.</u>   Plaintiff demand all of the above to be divided to match

the total of $15,000,000.01. in due compensation for the injuries

incurred as a direct result of the Defendants' deliberate acts

of racial profiling, selective prosecution, retaliatory prosecu-

tion, vindictive prosecution, all culminating in the inevitable

malicious prosecution; not to mention the glaringly conspicuous

abuse-of-legal-process; sounding in First, Fourth, Fifth, Sixth,

Seventh, Eighth and Fourteenth Amendments to the United States

Constitution.


     And any other further relief this Court may deem just and

proper.

Signature _Gregory Bynum_

<u>Gregory Bynum</u>



SING SING CORRECTIONAL FACILITY

354 HUNTER STREET

OSSINING, NEW YORK 10562

GREGORY BYNUM, DIN. NO. 14-A-2098

FILED
CLERK

2016 NOV 30 AM 11: 17

U.S. DISTRICT C...
EASTERN DISTRIC...
OF NEW YO...

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

225 CADMAN PLAZA EAST

BROOKLYN, NEW YORK 11201

THE CLERK OF THE COURT.

CERTIFIED MAIL

7014 2120 0003 5744 9421

LEGAL MAIL